IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANET ROSE, *et al*.

       PLAINTIFFS

      V.

T J L, INC.

(T/A "DOUBLE TT DINER")

      DEFENDANT.

CIVIL ACTION NO. 1:17-cv-01790-BPG

## **PROPOSED ORDER**

Pending before the Court is the Parties' Joint Motion for Approval of Settlement Agreement.  After careful consideration of the Parties' Joint Motion for Approval of Settlement Agreement, review of the Settlement Agreement, and after hearing in open court, it is hereby:

**ORDERED,** that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of Plaintiffs' claims under the Fair Labor Standards Act, the Maryland Wage and Hour Law, and the Maryland Wage Payment and Collection Law;

**ORDERED,** that the Parties' Joint Motion is **GRANTED;**

**ORDERED,** that the Court shall retain jurisdiction over this case until the Defendant's payments are made pursuant to the Settlement Agreement;

**ORDERED,** Plaintiffs shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED,** that provided the Defendant makes all payments under the Settlement Agreement, Plaintiff's claims shall be DISMISSED with prejudice; and that the Clerk of Court will CLOSE this case.

Date:

_____
Honorable Beth P. Gesner
Chief United States Magistrate Judge

Notice to:

Howard B. Hoffman
Fed. Bar No. 25965 600 Jefferson Plaza, Suite 304
Rockville, Maryland 20852
301-251-3752

Bradford W. Warbasse
Fed. Bar No. 07304
401 Washington Avenue, Suite 200
Towson, Maryland 21204
410-337-5411

*Attorneys for Plaintiffs*

David A. Rosenberg
Federal Bar No. 02876
Jacquelyn L. Thompson
Federal Bar No. 18869
FORDHARRISON LLP
1300 19th Street, N.W., Suite 300
Washington, DC  20036
Telephone: (202) 719-2000

*Attorneys for Defendant T J L, Inc.*

WSACTIVELLP:9873019.1